# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DAVID TARRENCE, AND TAMARA GEIS, <br><br> Plaintiffs, <br><br> vs. <br><br> LANCASTER COUNTY, et. al; <br><br> Defendants. | 4:16CV3056 <br><br> **ORDER** |

This matter is before the court on the court's own motion pursuant to 28 U.S.C. § 455(a), which states: "Any . . . judge . . . of the United States shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned." Upon review of the complaint in the above-designated case, the undersigned judge shall, and hereby does, recuse herself from the above-designated case pursuant to 28 U.S.C. § 455(a).

The clerk shall refer the file to the Chief Judge for reassignment to a different magistrate judge.

April 15, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge