IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID TARRENCE and TAMARA GEIS, | ) | 4:16CV3056 |
| Plaintiffs, | ) | |
| v. | ) | ORDER |
| CITY OF LINCOLN, *et al.*, | ) | |
| Defendants. | ) | |

IT IS ORDERED that Plaintiffs' motion for extension of time (filing 39) is granted, and Plaintiffs shall have until June 23, 2016, to respond to Defendants' motion to dismiss (filing 33):

DATED this 20th day of June, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge

-1-