IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID TARRENCE AND TAMARA GEIS, | ) | Case No. 4:16-cv-3056 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **INDEX OF EVIDENCE IN SUPPORT OF** |
| | ) | **MOTION FOR SUMMARY JUDGMENT** |
| CITY OF LINCOLN, a Political Subdivision of the State of Nebraska; ANTHONY GRATZ, individually and in his official capacity as an employee of the City of Lincoln and an Investigator with the Lincoln/Lancaster County Narcotics Task Force; CHRISTOPHER MONICO, individually and in his official capacity as an employee of the City of Lincoln and an Investigator with the Lincoln/ Lancaster County Narcotics Task Force; DAREN REYNOLDS, individually and in his official capacity as an employee of the City of Lincoln and a Sergeant with the Lincoln/Lancaster County Narcotics Task Force; and MICHON MORROW, individually and in his official capacity as an employee of the City of Lincoln and a police Captain with the City of Lincoln; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **OF DEFENDANTS ANTHONY GRATZ, CHRISTOPHER MONICO, AND DAREN REYNOLDS** |
| Defendants. | ) | |

Defendants Anthony Gratz, Christopher Monico, and Daren Reynolds, pursuant to Fed. R. Civ. P. 56 and NECivR 7.1(a)(2), offer the following evidence in support of Defendants' Motion for Summary Judgment:

Exhibit No. 1. Affidavit of Jocelyn W. Golden regarding the documents submitted.

Exhibit No. 2. Affidavit of Investigator Anthony Gratz of the Lincoln Police Department.

Exhibit No. 3. Affidavit of Investigator Christopher Monico of the Lincoln Police Department.

Exhibit No. 4. Affidavit of Sergeant Daren Reynolds of the Lincoln Police Department, with Search Warrant for 840 S. 39th Street, Lincoln, Nebraska attached as Exhibit A.

Exhibit No. 5. Affidavit of Marcee Brownlee, Assistant City Attorney with the Lincoln City Attorney's Office.

1

DATED: June 16, 2017.

        ANTHONY GRATZ, CHRISTOPHER MONICO, and DAREN REYNOLDS, Defendants

        JEFFERY R. KIRKPATRICK, City Attorney
        CHRISTOPHER J. CONNOLLY, Asst. City Attorney
        JOCELYN W. GOLDEN, Assistant City Attorney

By: */s/ Christopher J. Connolly*
    Christopher J. Connolly, #18047
    Jocelyn W. Golden, #23039
    555 South 10th Street, Suite 300
    Lincoln, NE 68508
    402-441-7281
    cconnolly@lincoln.ne.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2017, I electronically filed the foregoing document **Index of Evidence In Support of Motion of Summary Judgment of Defendants Anthony Gratz, Christopher Monico, and Daren Reynolds** with the Clerk of the Court using the CM/ECF system. The foregoing document was sent electronically to: Robert Creager, bob@acwlaw.com.

        By: */s/ Christopher J. Connolly*
            Christopher J. Connolly, #18047