IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| DAVID TARRENCE and TAMARA GEIS, | 4:16CV3056 |
|---|---|
| Plaintiffs, | |
| v. | JUDGMENT |
| CITY OF LINCOLN, et al., | |
| Defendants. | |

Pursuant to the parties' joint stipulation (filing no. 91) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that all claims in the above-captioned matter are dismissed with prejudice, each party to pay their own attorneys' fees and costs.

DATED this 12th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge